UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
In Re:

        Todd R. Bowman dba tr bowman transport
          and
        Zenia Bowman

                   Debtor.

**Objection to Proof of Claim**
**Lisa Sofia**

**Case # 11-20269**
**Chapter 13**

The objecting party objects to the following claim in this case:

Claimant's Name:       Lisa Sofia
Unsecured Claim Amount:   $46,937.50

The Creditor's Proof of Claim, Claim #3, FILED 2/28/2011, claims interest at 9%, in the total amount of $21,937. Debtor objects to this claim for two reasons: First, the note itself does not provide for interest. Secondly, the note itself does provide that debtor may prepay in whole or in part without pentalty. Thirdly, the note by its terms is not due until January 1, 2017 ie, six years from filing of the petition.

DATED:      May 5, 2011

                                      GEORGE MITRIS, ESQ.
                                      Attorney for Debtor
                                        One East Main Street
                                        Victor, New York 14564
                                        (585) 924-9537

"This notice and objection are being sent to the Debtor, Debtor's Attorney, Chapter 13 Trustee, United States Trustee, Claimant, Claimant's Attorney, and any Creditors' Committee or Attorney for the Creditors' Committee."