UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:                                              <u>Affidavit</u>
                                                    Of Mailing
_____

Todd R. & Zenia I. Bowman
d/b/a Bowmna Transport
d/b/a 57-61 Arthur Street, LLC


                                      Case No.: 11-20269

                    Debtor(s).

_____

STATE OF NEW YORK)
COUNTY OF MONROE )  ss:

        The undersigned being duly sworn, deposes and says:

        Deponent is over the age of 18 years and resides at
Rochester, New York.

        That on August 17, 2011, deponent served a copy of the
affidavit in opposition to the motion to disallow claim of George
M. Reiber, Esq., upon:

        George M. Reiber, Esq., Chapter 13 Trustee
        3136 Winton Road S, Suite 206
        Rochester, New York 14604

        Todd & Zenia I. Bowman
        334 Youngs Ave.
        Rochester, New York 14606

        George Mitris, Esq.
        1 East Main Street
        Victor, New York 14564

        U.S. Trustee
        100 State Street
        Rochester, New York 14614


which is the address designated for such purpose, by depositing a
true copy of same enclosed in a postpaid properly addressed
wrapper, in a post office official depository under the exclusive
care and custody of the United States Postal Service within the
State of New York.


                                /s/Sandra J. Fazio

                                _____

                                SANDRA J. FAZIO

Sworn to before me this
<u>17th</u>  day of August, 2011

 /S/Robert B. Gitlin
  Notary Public